(November 23, 1899.)

## HAYS v. YOUNG, Sheriff.

[59 Pac. 1113.]

APPEAL from District Court, Shoshone County.

Same attorneys and same briefs as in case of *Hays v. Simmons,* ante, p. 651.

Per CURIAM.—The questions in this case being identical with those in the case of *Hays v. Simmons,* ante, p. 651, 59 Pac. 182, by agreement of counsel the cases were argued together, and the same judgment will be entered in this case as in the case of *Hays v. Simmons.* The judgment of the district court is affirmed, with costs to respondent.